UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUSTAVO T. LUNA,            )<br>                                            )<br>        Petitioner,    )<br>                                            )<br>v.                                        )    Civil Action No. 06-2085 (RWR)<br>                                            )<br>ALBERTO GONZALES, *et al.*,  )<br>                                            )<br>        Respondents.   )<br>_____) | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the petition is DISMISSED without prejudice, and it is further

ORDERED that the "Motion to Request Judicial Notice" [Dkt. #2] is DENIED as moot, and it is further

ORDERED that the "Application for Bond Pending Habeas Corpus Relief" is DENIED.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Signed on this 14th day of February, 2007

RICHARD W. ROBERTS
United States District Judge